STATE of Missouri, Respondent,

v.

Terry A. LEE, Appellant.

No. WD 36862.

Missouri Court of Appeals,
Western District.

Jan. 14, 1986.

Jeffrey S. Bay, of Van Osdol, Magruder, Erickson & Redmond, Kansas City, for appellant.

William Webster, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for forcible rape, in violation of § 566.030,

RSMo Supp.1984 and robbery, first degree, in violation of § 569.020, RSMo 1978.

Judgment affirmed. Rule 30.25(b).